# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTONIO C. ROBINSON,
ADC #110422                                                    PLAINTIFF

V.                           5:19-CV-339-BRW-BD

ESTELLA BLAND, *et al*.                                      DEFENDANTS

## **ORDER**

I have received a Partial Recommended Disposition (Recommendation) from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration, I approve and adopt the Recommendation in all respects.

Mr. Robinson's motion for preliminary injunctive relief (Doc. No. 56) is DENIED.

IT IS SO ORDERED, this 2nd day of April, 2020.

                                         Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE