**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANTONIO C. ROBINSON,
ADC #110422**                                                                                                                          **PLAINTIFF**

**V.**                         **CASE NO. 5:19-CV-339-BRW-BD**

**ESTELLA BLAND,** *et al***.**                                                                                             **DEFENDANTS**

## **ORDER**

I have received a Recommendation from Magistrate Judge Beth Deere to dismiss claims against Defendant Gorden. The parties have not filed objections. After careful review, I approve and adopt the Recommendation in all respects.

Mr. Robinson's claims against Defendant Gorden are DISMISSED, without prejudice, based on Mr. Robinson's failure to serve Defendant Gorden in accordance with the Federal Rules of Civil Procedure. The Clerk is instructed to terminate Defendant Gorden as a party Defendant.

IT IS SO ORDERED, this 14th day of May, 2020.

                                                                                                            Billy Roy Wilson_____
                                                                                                            UNITED STATES DISTRICT JUDGE