# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANTONIO C. ROBINSON,
ADC #110422                                                                                           PLAINTIFF

V.                              CASE NO. 5:19-CV-339-BRW-BD

ESTELLA BLAND, *et al.*                                                                    DEFENDANTS

## ORDER

I have received a Recommendation for dismissal from Magistrate Judge Beth Deere. After a *de novo* review of the record and considering Plaintiff's objections, I approve and adopt the Recommendation in all respects.

The Defendants' motion for summary judgment (Doc. No. 136) is GRANTED. Mr. Robinson's claims are DISMISSED, with prejudice. Mr. Robinson's motion for partial summary judgment (Doc. No. 115) is DENIED, as moot.

IT IS SO ORDERED, this 29th day of March, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE