# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTONIO C. ROBINSON,**
**ADC #110422**                                                                                       **PLAINTIFF**

**V.**                              **CASE NO. 5:19-CV-339-BRW-BD**

**ESTELLA BLAND,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED.

IT IS SO ORDERED, this 29th day of March, 2021.


                        Billy Roy Wilson_____
                        UNITED STATES DISTRICT JUDGE